# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, BROWN, and MIZER
Appellate Military Judges

———————————

**UNITED STATES**
*Appellee*

**v.**

**Carter J. JACOBS**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202300074**

———————————

Decided: 3 January 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Eric A. Catto

Sentence adjudged 21 November 2022 by a special court-martial convened at Marine Corps Base Hawaii, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 11 months, and a bad-conduct discharge.[1]

For Appellant:
*Commander Jesse A. Schaefer, JAGC, USN*

---

[1] Appellant was credited with 30 days of *Pierce* credit for the 60 days of restriction he received following his prior related NJP.

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment does not accurately reflect the disposition of the charges. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[3] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202300074 |
| v. | **ENTRY OF JUDGMENT** |
| **Carter J. JACOBS** Lance Corporal (E-3) U.S. Marine Corps | |
| *Accused* | *As Modified on Appeal* |
| | **3 January 2024** |

On 21 November 2022, the Accused was tried at Marine Corps Base Hawaii, by a special court-martial, consisting of a military judge sitting alone. Military Judge Eric A. Catto presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 81, Uniform Code of Military Justice, 10 U.S.C. § 881.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification:** **Did, between on or about 1 November 2021 and on or about 11 January 2022, conspire with Corporal Joseph D. Suarez, U.S. Marine Corps, Private Cody H. Jones, U.S. Marine Corps, Lance Corporal Joel L. Derue, U.S. Marine Corps, Private First Class Zachariah C. Yucis, U.S. Marine Corps, and Corporal Jaret Eshelman, U.S. Marine Corps, to commit an offense under the Uniform Code of Military Justice, to wit: the wrongful distribution of cocaine, and in order to effect the object of the conspiracy the said LCpl Jacobs did: (a) distribute cocaine; (b) invite civilians to his barracks room; and (c) host**

**parties in his barracks room where someone distributed cocaine.**

*Plea:* Guilty, except for the words "1 November 2021", substituting, "15 October 2021"; except the words "11 January 2022" substituting, "31 October 2021"; striking the words "Private Cody H. Jones, U.S. Marine Corps, Lance Corporal Joel L. Derue, U.S. Marine Corps, Private First Class Zachariah C. Yucis, U.S. Marine Corps, and Corporal Jaret Eshelman, U.S. Marine Corps"; and, except the word "parties" substituting the words, "a party".

*Finding:* Guilty.

**Charge II:** **Violation of Article 112a, Uniform Code of Military Justice, 10 U.S.C. § 912a.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 1:** **Did, on divers occasions between on or about 1 October 2021 and on or about 25 July 2022, wrongfully distribute some amount of cocaine, a Schedule II controlled substance.**

*Plea:* Guilty, except for the words "25 July 2022" substituting the words "22 November 2021".
*Finding:* Guilty.

**Specification 2:** **Did, on divers occasions between on or about 1 October 2021 and on or about 25 July 2022, wrongfully distribute some amount of cocaine, a Schedule II controlled substance.**

*Plea:* Guilty, except for the words "25 July 2022", substituting the words "22 November 2021".
*Finding:* Guilty.

## SENTENCE

On 21 November 2022, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

**Confinement for a total of 11 months.**

*For the Specification of Charge I:*
    confinement for 11 months.

*For Specification 1 of Charge II:*
    confinement for 11 months.

*For Specification 2 of Charge II:*
    confinement for 6 months.

The terms of confinement will run concurrently.

**A bad-conduct discharge.**

**The Accused was awarded 30 days of *United States v. Pierce* credit for the 60 days of restriction he served for his December 2021 NJP Punishment for Article 112a, UCMJ, wrongful use of cocaine. The 30 days of administrative credit will be applied to his adjudged sentence to confinement.**

FOR THE COURT:

MARK K. JAMISON
Clerk of Court